# MEMORANDUM DECISIONS

## CASES WITHOUT OPINIONS

WILLIAM BARNET et al. *vs.* WILLIAM T. HAINES.

Kennebec County. Decided January 29, 1910. Assumpsit against the defendant as guarantor of a debt due from the Oakland Woolen Company to the plaintiffs. The question was whether the guaranty covered only those accounts due, and certain other goods ordered but not delivered prior to the date when the written guaranty was given July 8, 1908, or whether it was a continuing guaranty and covered also goods sold and delivered subsequent to that date. Reported to the Law Court. Held to be a continuing guaranty. Judgment for plaintiffs for $2,857.11 with interest from date of writ. *Manson & Coolidge,* for plaintiffs. *John E. Nelson,* for defendant.

MICHAEL McGRATH *vs.* BANGOR RAILWAY AND ELECTRIC COMPANY.

Penobscot County. Decided February 4, 1910. Action on the case to recover damages for personal injuries sustained by the plaintiff and caused by the alleged negligence of the defendant. Reported to the Law Court. Judgment for defendant. *C. J. Dunn,* for plaintiff. *E. C. Ryder,* for defendant.